[No. 2050, March 6, 1918.]
ESCHLIMAN v. VERNON et al.

### SYLLABUS BY THE COURT.

Chapter 94, Laws 1909, known as the "Herd Law," was a constitutional enactment. Scarbrough v. Wooten, 170 Pac. 743, adhered to.

Appeal from District Court, Quay County; Leib, Judge.

Action by D. R. Eschliman against W. R. Vernon and others. Judgment for plaintiff, and defendants appeal. Affirmed.

CATRON & CATRON, of Santa Fe, for appellants.

H. H. McELROY, of Tucumcari, for appellee.

### OPINION OF THE COURT.

HANNA, C. J. This case involves the constitutionality of chapter 94, Laws 1909, known as the "Herd Law."

The trial court held the act valid, and entered judgment for appellee. The objections urged to the act were fully considered by this court in the recent case of Scarbrough v. Wooten, 23 N. M. 616, 170 Pac. 743, decided at the present term. Adhering to that opinion, the judgment in this case will be affirmed; and it is so ordered.

PARKER and ROBERTS, JJ., concur.